# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VERNON NEAL ALLEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. CIV-04-1535-M |
| | ) |
| RON WARD, Director of the Oklahoma Department of Corrections, | ) |
| | ) |
| Respondent. | ) |

## ORDER

On July 26, 2005, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation [docket no. 20] in this habeas corpus action brought pursuant to 28 U.S.C. § 2254. Magistrate Judge Couch recommends that Petitioner's Petition for Writ of Habeas Corpus [docket no. 1] be denied. The parties were advised of their right to object to the Report and Recommendation by August 15, 2005. Petitioner timely filed an objection.

The Court has carefully reviewed this matter de novo. The Court finds that none of the arguments raised in Petitioner's objection warrants discussion, and agrees with Magistrate Judge Couch's Report and Recommendation in all respects. Accordingly, the Court hereby:

(1)   ADOPTS the thorough, clear, and well-reasoned Report and Recommendation issued by Magistrate Judge Couch on July 26, 2005;

(2)   DENIES Petitioner's Petition for Writ of Habeas Corpus; and

(3)   ORDERS that judgment in favor of Respondent issue forthwith.

**IT IS SO ORDERED this 18th day of August, 2005.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE